UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

                           *

**BG COMPUTER SERVICES, INC.**     *     Case No: 07-22359

                           *     (Chapter 11)

                           *

              Debtor     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### DEBTOR'S AMENDED SCHEDULE B

BG COMPUTER SERVICES, INC., by and through its undersigned counsel John D. Burns, Esquire and The Burns LawFirm, LLC, hereby file this Amended Schedule B and hereby certify electronic notice has been served on the trustee and all parties of interest.

Respectfully Submitted,

/s/ John D. Burns, Esquire
John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770
(301) 441-8780

Counsel for Debtor

I SWEAR UNDER THE PENALTY OF PERJURY
THAT THE ATTACHED AMENDMENTS      January 23, 2008
ARE TRUE AND CORRECT.              Dated

/s/ William Grammer, President
William Grammer – President

B6B (Official Form 6B) (12/07)

**IN RE** BG Computer Services, Inc      Case No. **07-22359**

Debtor(s)        (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Petty Cash** | | **250.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account - Sandy Spring Bank** **Business Checking Account - Sandy Spring Bank** **Business Checking Account - Sandy Spring Bank** | | **2,463.66** **783.50** **1,705.08** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Putnam Fiduciary Trust Co. - Putnam Voyager Fund CL A** | | **2,466.97** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **BG Computer Services, Inc**      Case No. **07-22359**

Debtor(s)            (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford E450 Truck - 18,000 Miles**<br>**2004 US Cargo Trailer - 30,000 Miles**<br>**2008 Ford F450 Truck - 7200 Miles** | | **9,500.00**<br>**4,200.00**<br>**37,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **14 Steel Shelving Units**<br>**2 Nurit Credit Card Machines**<br>**6 File Cabinets**<br>**6 Office Chairs**<br>**6 Steel Dirk Carts**<br>**Canon Photo Copier**<br>**Computer**<br>**Computer Speaker System** | | **600.00**<br>**100.00**<br>**200.00**<br>**300.00**<br>**200.00**<br>**100.00**<br>**200.00**<br>**75.00** |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **BG Computer Services, Inc**                                    Case No. **07-22359**
_____                          _____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | HP Colon Laser Printer | | 50.00 |
| | | HP Fax Machine | | 100.00 |
| | | Lexmark Color Laser Printer | | 200.00 |
| | | Lexmark P450 Photo Printer | | 50.00 |
| | | Lexmark X7170 Printer Inkjet 4-1 Unit | | 100.00 |
| | | Office Cubicles - 5 cubicles | | 1,050.00 |
| | | Pallet Jack | | 100.00 |
| | | ViewSonic 23" Flat Panel | | 300.00 |
| | | ViewSonic 25" Flat Panel | | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Conversion Hand Carts | | 100.00 |
| | | Solder / Desolder Equipment | | 200.00 |
| | | Test Equipment | | 300.00 |
| | | Working Saleable Equipment Inventory | | 10,000.00 |
| 30. Inventory. | | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 72,794.21 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only